Department of Homeland Security, San Francisco, CA, for Respondent.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Bybee did not participate in the deliberations or vote in this case.

Jennifer B. **DATH; Jonathan Bissoon-Dath, Plaintiffs–Appellants,**

v.

**SONY COMPUTER ENTERTAIN-MENT AMERICA, INC.; David Jaffe, Defendants–Appellees.**

No. 10–15783.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 20, 2011.

Filed July 29, 2011.

Jonathan J. Bissoon, pro se (argued), and Kimball J.P. Sargeant (briefed), Law Office of Kimball J.P. Sargeant, Davis, CA, for appellants Jonathan Bissoon–Dath and Jennifer B. Dath.

Louis P. Petrich (argued), Leopold, Petrich & Smith, P.C., Los Angeles, CA, and Brooke Oliver, Oliver & Sabec P.C., San Francisco, CA, for appellees Sony Comput-

---

er Entertainment America Inc. and David Jaffe.

Before: PROCTER HUG, JR. and JOHNNIE B. RAWLINSON, Circuit Judges, and JED S. RAKOFF, Senior District Judge.*

## ORDER

We adopt and affirm the district court's well-reasoned opinion in *Bissoon–Dath v. Sony Computer Entm't Am., Inc.,* 694 F.Supp.2d 1071 (N.D.Cal.2010).

**AFFIRMED.**